IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEISHA JOHNSON, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 14-1123 |
| CITY OF PHILADELPHIA, JERROLD BATES, STEPHEN JOHNSON, ALICE MULVEY, and CAROL O'NEILL, | : : : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *31st* day of *March*, 2015, upon consideration of the Motion for Partial Summary Judgment by Defendants City of Philadelphia, Jerrold Bates, Stephen Johnson, Alice Mulvey, and Carol O'Neill (Docket No. 8), Plaintiff Keisha Johnson's Response (Docket No. 11), and Defendants' Reply Brief (Docket No. 13), it is hereby **ORDERED** that the Motion is **GRANTED**.  **JUDGMENT IS ENTERED** in favor of Defendants on Plaintiff's claims of retaliation and racial/gender discrimination under both Title VII and the Pennsylvania Human Relations Act.

With respect to the remaining portion of this case, the parties are **DIRECTED TO APPEAR** for a status conference on **Wednesday, April 15, 2015 at 11:00 a.m.** in Chambers, Room 14614, 601 Market Street, Philadelphia, Pennsylvania.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.